JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON REALITY, INC., a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>CHO THAVEE PCL, an unknown business entity; SURADECH TAWEESAENGSAKULTHAI, an individual; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No.: 8:23-cv-00692-JVS (DFMx)<br><br>[*The Honorable James V. Selna*]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) [62]**<br><br>Complaint Filed:   January 31, 2023<br>Complaint Served: March 28, 2023<br>NOR Filed:         April 21, 2023 |

In consideration of the Parties' Stipulation for Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause shown, it is hereby ordered that the above-captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party will bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: August 23, 2024

_____
Hon. James V. Selna
United States District Court Judge